**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEREMIAH BUSH, | CIVIL ACTION |
| *Petitioner,* | NO. 21-2106 |
| v. | |
| THOMAS MCGINLEY, *et al.*, | |
| *Respondents.* | |

**PAPPERT, J.**                                                                                     **July 5, 2022**

**ORDER**

**AND NOW**, this 5th day of July 2022, upon consideration of Jeremiah Bush's

Petition for a Writ of Habeas Corpus (ECF 1) and the Report and Recommendation of

U.S. Magistrate Judge David Strawbridge (ECF 19), to which no objections were filed,

it is **ORDERED** that:

      1.     The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

      2.     Bush's Motion for Stay and Abeyance (ECF 15) is **GRANTED.**

      3.     Bush's case is **STAYED** and his Petition placed in **SUSPENSE** pending

the completion of his collateral review proceedings in state court.

      3.     Bush must **NOTIFY** the Court within thirty days of the conclusion of his

state court proceedings so his case can resume in this Court.

                                    BY THE COURT:

                                    ***/s/ Gerald J. Pappert***
                                    GERALD J. PAPPERT, J.

---

[1]     When no objection is made to a report and recommendation, the Court "need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's notes.  There is no such error here.